IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **DARIAN BROUSSARD and TEDERAL JEFFERSON,** | § § § § § | |
| Plaintiffs, | § § | |
| v. | § | No. 3:13-cv-1399-M (BF) |
| **DEUTSCHE BANK NATIONAL TRUST COMPANY,** | § § § § § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

After making an independent review of the pleadings, files, and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated September 4, 2013, the Court finds that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct, and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted. All claims against Deutsche Bank National Trust Company are DISMISSED without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**SO ORDERED** this 2nd day of October, 2013.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS